DE F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MOSES T. JENSEN,

                              Plaintiff,                                    **ORDER**

          -against-
                                                                    10 CV 2043 (RJD) (LB)

ALLIED BURTON SECURITY SERVICES,
                              Defendant.
-------------------------------------------------------X
DEARIE, District Judge.

          By Report and Recommendation submitted May 27, 2011, Magistrate Judge Lois Bloom

recommends dismissing plaintiff's case for his failure to comply with the Court's orders pursuant

to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure.  Magistrate Judge Bloom also

recommends denying defendant's request to impose additional sanctions.  Plaintiff filed a

"Motion to Object to the Report and Recommendation" on June 8, 2011.

          Upon de novo review, the Court adopts Magistrate Judge Bloom's Report and

Recommendation without qualification. See 28 U.S.C. § 636 (b)(1).  Plaintiff's objections do not

address his failure to participate in the discovery process or abide by the orders that have been

issued by this Court.  Rather, his objections, although difficult to decipher, appear to reiterate his

baseless claims that defendant has somehow acted unethically and misled the Court, that

Magistrate Judge Bloom is biased against him, and that venue in this Court is improper.

          Plaintiff's case is dismissed.  The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
          September 19, 2011

                                                            s/ Judge Raymond J. Dearie


                                                            RAYMOND J. DEARIE
                                                            United States District Judge